**Blanche DESSERT**

v.

**Roger DESSERT.**

**No. 79–163–Appeal.**

Supreme Court of Rhode Island.

April 7, 1980.

Raymond A. Thomas, Bristol, for petitioner.

Leo T. Connors, Providence, for respondent.

ORDER

On February 27, 1980, respondent was ordered to show cause on Monday, April 7, 1980, why his appeal in the above-entitled case should not be dismissed by reason of failure to comply with Rule 16 as to time of filing a brief. After hearing argument of counsel for respondent, it is hereby ordered that said appeal shall be dismissed unless respondent files his brief on or before April 14, 1980.

**Joseph PRETE**

v.

**Leo P. BARONIAN et al.**

**No. 79–333–Appeal.**

Supreme Court of Rhode Island.

April 7, 1980.

John A. Varone and Matthew J. Zito, North Providence, for plaintiff.

Edwards & Angell, Stephen O. Meredith, Providence, for intervenors-defendants.

ORDER

On February 27, 1980, plaintiff was ordered to appear before this court on Monday, April 7, 1980, at 9:30 a. m. to show cause why his appeal in the above-entitled case should not be dismissed for lack of prosecution for failure to have filed a brief in accordance with Rule 16 of the rules of this court. Since plaintiff failed to appear to show cause pursuant to this order, his appeal is hereby dismissed for lack of prosecution.

**Wayne L. TERRILL**

v.

**Regina R. TERRILL.**

**No. 78–376–Appeal.**

Supreme Court of Rhode Island.

April 7, 1980.

Adamo & Newman, Edward H. Newman, Westerly, for petitioner.

Kirshenbaum Law Offices, Inc., and Allen M. Kirshenbaum, Providence, for respondent.

ORDER

On February 27, 1980, respondent was ordered to appear before this court on Monday, April 7, 1980, at 9:30 a. m. to show cause why her appeal in the above-entitled case should not be dismissed for failure to comply with Rule 16 of the rules of this court relating to the filing of a brief. After hearing argument from counsel for respondent, it is hereby ordered that respondent's appeal shall be dismissed unless respondent shall file a brief in support of her appeal on or before April 21, 1980.